UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 8:25-cv-01701-JDE | Date | August 25, 2025 |
|---|---|---|---|
| Title | Kory N. Lapoint v. Mercedes-Benz USA, LLC | | |

| Present: The Honorable | John D. Early, United States Magistrate Judge |
|---|---|

| Amber Rodriguez | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| n/a | n/a |

**Proceedings:**     (In Chambers) Second Order re Service of Notice of Assignment

  Defendant Mercedes-Benz USA, LLC ("Removing Defendant") removed this action to this Court on August 1, 2025. Dkt. 1. This case has been assigned to a magistrate judge under the Direct Assignment of Civil Cases to Magistrate Judges Program for the United States District Court for the Central District of California ("Program"). Per Local Civil Rule 73-2.1, for cases assigned to a U.S. Magistrate Judge under the Program, the plaintiff (or defendant in a case removed to this Court by such defendant) must serve the Notice of Assignment to a U.S. Magistrate Judge and Declination of Consent form ("Notice") entered on the docket on each adverse party at the time of service of the summons and complaint, notice of removal, or other case initiating document.

  On August 8, 2025, the Court directed the Removing Defendant as follows:

  Per Local Civil Rule 73-2.1, Removing Defendant is directed to serve, forthwith, the Notice of Assignment to a U.S. Magistrate Judge and Declination of Consent form (Dkt. 5, "Notice") upon each other party, or, if warranted, upon counsel for such party, and, within three (3) days of such service, file proof(s) of such service..

Dkt. 6 ("First Order"). No proof of service of the Notice has been filed. Without proof of service of the Notice as required by Local Rule 73-2.1 and the First Order, the Clerk's Office cannot calendar the last day in which Plaintiff may decline consent under the Program.

  Therefore, Removing Defendant is ordered to, if it has not already done so, serve the Notice (Dkt. 5) upon counsel for Plaintiff under Fed. R. Civ. P. 5(b), and by <u>August 28, 2025,</u> file a Proof of Service of the Notice (Dkt. 5), reflecting the date and manner of such service, by <u>August 29, 2025</u>.

  IT IS SO ORDERED.

| | Initials of Courtroom Deputy | ARO |
|---|---|---|