1  Jordan Cohen (SBN 281942)
   Joseph Kowalski (SBN 331251)
2  **CONSUMER LAW EXPERTS, PC**
   800 Parkview Dr. N
3  El Segundo, CA 90245
4  Telephone: (310) 442-1410
   Fax: (877) 566-8828
5  jordan@nolemon.com
6  joseph@nolemon.com
   service@nolemon.com
7  Attorneys for Plaintiff,
8  **KORY N LAPOINT**

9  **THETA LAW FIRM, LLP**
10 Soheyl Tahsildoost, Esq. (SBN 271294)
   st@thetafirm.com
11 Nathaniel R. Cowden, Esq. (SBN 314983)
12 nc@thetafirm.com
   eservice@thetafirm.com
13 12100 Wilshire Blvd., Suite 1070
   Los Angeles, CA 90025
14 Telephone:  (424) 297-3103
15 Fax:        (424) 286-2244

16 Attorneys for Defendant,
17 **MERCEDES-BENZ USA, LLC**

18            **UNITED STATES DISTRICT COURT**
19            **CENTRAL DISTRICT OF CALIFORNIA**

20 | KORY N LAPOINT, an individual, | Case No: 8:25-cv-01701-JDE |
21 |         Plaintiff, | |
22 | vs. | **JOINT NOTICE OF SETTLEMENT** |
23 | MERCEDES-BENZ USA, LLC, and DOES 1 through 50, inclusive, | District Judge: Hon. John D. Early |
24 | | |
25 |  Defendants. | |

1

JOINT NOTICE OF SETTLEMENT

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff KORY N LAPOINT ("Plaintiff") and Defendant, MERCEDES-BENZ USA, LLC, ("MBUSA") (the "Parties"), jointly, inform this Court that the parties have settled this matter. The Parties request that the Court vacate any upcoming hearings and deadlines while performance of the settlement terms is pending, including the mandatory scheduling conference.

Once all terms of the settlement are completed and payment is received by Plaintiff, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 60 days.

Dated: August 25, 2025    CONSUMER LAW EXPERTS, P.C

By  /s/ Joseph Kowalski
Jordan Cohen
Joseph Kowalski
Attorneys for Plaintiff
KORY N LAPOINT

Dated: August 25, 2025    THETA LAW FIRM, LLP

By:  /s/ Nathaniel Cowden
Soheyl Tahsildoost, Esq.
Nathaniel R. Cowden, Esq.
Attorneys for Defendant
MERCEDES-BENZ USA, LLC

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Joseph Kowalski, Esq., counsel for Plaintiff, and that I have obtained authorization to affix their electronic signature to this document.

                                    THETA LAW FIRM, LLP

By: _____
      SOHEYL TAHSILDOOST
      Attorney for Defendant MERCEDES-BENZ USA, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2025 I filed the foregoing document entitled **JOINT NOTICE OF SETTLEMENT** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

THETA LAW FIRM, LLP

By: _____
SOHEYL TAHSILDOOST
Attorney for Defendant MERCEDES-BENZ USA, LLC