## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 8:25-cv-01701-JDE | Date | August 26, 2025 |
|---|---|---|---|
| Title | Kory N. Lapoint v. Mercedes-Benz USA, LLC | | |

| Present: The Honorable | John D. Early, United States Magistrate Judge |
|---|---|

| Amber Rodriguez | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:**          (In Chambers) Order re Notice of Settlement (Dkt. 9)

On August 25, 2025, the parties filed a Joint Notice of Settlement advising that they "have settled this matter," requesting the Court vacate an upcoming hearings and deadlines, advising that the parties "expect to file dismissal papers within 60 days." Dkt. 9 ("Notice").

The Court GRANTS the request in the Notice (Dkt. 9), in part, and stays all pending case-related deadlines for 60 days from the date of this Order EXCEPT the deadline for Defendant to serve and file a proof of service of the Notice of Assignment, (Dkt. 5), which Defendant has twice been ordered to do. See Dkt. 6, 8. As the Court has previously advised Defendant, without proof of service of the Notice, the Clerk's Office cannot calendar the last day in which Plaintiff may decline consent under the Program. That leaves the case assignment in limbo, even for overseeing settlement.

Therefore, the Court's Order of August 25, 2025 (Dkt. 8), ordering Defendant to, if it has not already done so, serve the Notice (Dkt. 5) upon counsel for Plaintiff under Fed. R. Civ. P. 5(b), by August 28, 2025, and then file a Proof of Service of the Notice (Dkt. 5), reflecting the date and manner of such service, by August 29, 2025, **remains in effect.**

The Court retains jurisdiction over the matter for 60 days. The parties are ordered to, within 60 days from the date of this Order, file the contemplated Notice of Dismissal or show cause why the action should not be dismissed. The Court will administratively close the case without further notice if no such documents are filed within 60 days.

IT IS SO ORDERED.

| Initials of Courtroom Deputy | ARO |
|---|---|